UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF YAEL BOTVIN through its Administrator Russell Ellis, et al. | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO.: 1:05-cv-00220-RCL |
| ISLAMIC REPUBLIC OF IRAN, Defendant. | : |
| JULIE GOLDBERG-BOTVIN, et al. Plaintiffs, | : |
| v. | : CIVIL ACTION |
| ISLAMIC REPUBLIC OF IRAN, Defendant. | : NO.: 1:12-cv-01292-RCL |

ORDER TO DEPOSIT FUNDS

Upon Heideman Nudelman & Kalik P.C.'s Motion for Deposit it is hereby ORDERED

that said Motion is GRANTED. It is FURTHER ORDERED that the sum of $693,200.49 shall

be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the

business of his or her office allows the Clerk of Court shall deposit these funds into the interest-

bearing Court Registry Investment System (C.R.I.S.) administered by the Administrative Office

of the United States Courts as Custodian, pursuant to Local Civil Rule 67.1(a)(2) and 67.1(b)(1).

It is FURTHER OREDERED that the sum of money so invested in the interest-bearing

C.R.I.S. fund shall remain on deposit until further order of this Court at which time the funds,

together with interest thereon, shall be retrieved by the Clerk of Court and redeposited into the

non-interest bearing Registry of the Court for disposition pursuant to the further order of this

Court.

IT IS FURTHER ORDERED that the Clerk of Court is authorized to deduct the

investment services fee for the management of investments and the registry fee in the C.R.I.S.,

set by the Judicial Conference, for maintaining accounts deposited with the Court.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon the Clerk of

Court.

IT IS SO ORDERED.


_____
United States District Judge

Date: